**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**CRIMINAL MINUTES**

**CASE NO: 3:26MJ031-RP         LOCATION HELD: OXFORD COURTROOM 2**

**UNITED STATES OF AMERICA V. ETHAN BASSETT**

**DATE & TIME BEGUN: 05/22/26 @      12:06 p.m.**
**DATE & TIME ENDED: 05/22/26 @      12:10 p.m.**

**TOTAL TIME:    4 minutes**

**PRESENT:**
**HONORABLE ROY PERCY, U. S. MAGISTRATE JUDGE**

Rebekah Capps                                          Digital Recording
Deputy Clerk                                           Court Reporter

**ATTORNEY(S) FOR GOVERNMENT:          ATTORNEY(S) FOR DEFENDANT(S)):**

**PROCEEDINGS: Initial appearance on Criminal Complaint**

**ENTRY TO BE MADE ON DOCKET:**
Initial appearance held. Court appointed Federal Public Defender to represent the defendant.
Prosecution has filed a motion for detention. Preliminary and detention hearing set for
Wednesday, May 27, 2026, at 11:00 a.m. before Magistrate Judge Roy Percy in Courtroom 2 in
Oxford, MS. Defendant remanded to custody of U.S. Marshal.

**DANIEL McHUGH, CLERK**

/s/ Rebekah Capps
Courtroom Deputy