AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

RECEIVED

MAY 2 0 2026

U.S. MARSHALS
NORTHERN DISTRICT
OF MISSISSIPPI

| United States of America | ) |
| v. | ) |
| | ) Case No. 3:26-MJ-31-RP |
| Ethan BASSETT | ) |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT 21042-0520-0518-J

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **Ethan BASSETT**                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Transmitting Threatening Communications in Interstate Commerce - 18 U.S.C. 875(c)

Date: May 20, 2026

_____
*Issuing officer's signature*

City and state:      Oxford, Mississippi

United States Magistrate Judge Leroy D. Percy
*Printed name and title*

---

### Return

This warrant was received on *(date)* 05/20/26 , and the person was arrested on *(date)* 05/22/26
at *(city and state)* CORINTH, MS .

Date: 05/22/26

_____
*Arresting officer's signature*

DAN BLOUNT, SA
*Printed name and title*