AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

United States of America
v.
Katherine G. JOINER
Ethan BASSETT

*Defendant*

Case No. 3:26-MJ-31-RP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Katherine G. JOINER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Transmitting Threatening Communications in Interstate Commerce - 18 U.S.C. 875(c)

Date: May 20, 2026

[signature]
*Issuing officer's signature*

City and state: Oxford, Mississippi

United States Magistrate Judge Leroy D. Percy
*Printed name and title*

### Return

This warrant was received on *(date)* 05/20/26, and the person was arrested on *(date)* 05/28/26
at *(city and state)* Alabaster, AL.

Date: 05/28/26

[signature]
*Arresting officer's signature*

Samuel G Ebeyer; Special Agent FBI
*Printed name and title*